of Brooklyn against Leo Schlesinger. No opinion. Judgment and order affirmed, with costs.

UNITED STATES RESTAURANT CO. v. SCHULTE et al. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by the United States Restaurant Company against David A. Schulte and others. R. L. Fowler, for plaintiff. A. Gordon, for defendants. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

UNITED STATES TRUST CO., Respondent, v. DANIEL, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 20, 1911.) Action by the United States Trust Company against Anna K. Daniel, impleaded with others. G. B. Holbert, for appellant. G. L. Shearer, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

VAULK, Appellant, v. GENERAL ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Clarence E. Vaulk, an infant, by Jacob Howenstein, his guardian ad litem, against the General Electric Company. No opinion. Judgment and order unanimously affirmed, with costs.

VERNON v. BUTLER et al. WILLIAMS v. SAME. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Actions by Frank Vernon and by Thos. Williams against John P. Butler and others. R. R. Howard, for appellants. A. L. Davis, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

VICK, Appellant, v. PETERSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by Henry H. Vick, as adminstrator, etc., against John H. Peterson and others. No opinion. Judgment affirmed, with costs.

VICTORIA METAL CO., Appellant, v. LICHTENSTEIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by the Victoria Metal Company against Meyer Lichtenstein. No opinion. Judgment affirmed, with costs. New trial to be had in Buffalo City Court on Tuesday, February 21, 1911, at 10 o'clock in the forenoon.

In re VILLAGE OF BEMUS POINT. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) In the matter of the proposed incorporation of the village of Bemus Point. No opinion. Order affirmed, without costs.

VILLAGE OF MOOERS, Appellant, v. MAHAN, Respondent. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by the Village of Mooers against Patrick L. Mahan. No opinion. Order affirmed, with $10 costs and disbursements.

VOIGT, Respondent, v. RAGL, Appellant. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by Max Voight against Martin Ragl. No opinion. Judgment of the Municipal Court affirmed, with costs.

VON BREMEN et al. v. MacMONNINE et al. (Supreme Court, Appellate Division, First Department. October, 1910.) Action by Henry Von Bremen and others against Frank Mac-Monnine and others. No opinion. Motion denied, with $10 costs. See memorandum per curiam. See, also, 139 App. Div. 905, 123 N. Y. Supp. 1146.

In re VOXMAN. (Supreme Court, Appellate Division, First Department. February 17, 1911.) In the matter of William Voxman. No opinion. Reference ordered to official referee.

WADE, Appellant, v. TOWN OF WORCESTER, Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Pearl Wade against the Town of Worcester. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 134 App. Div. 51, 118 N. Y. Supp. 657.

WALLACE, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by John Wallace against the Prudential Insurance Company of America. No opinion. Judgment unanimously affirmed, with costs.

WARD et al., Appellants, v. KROPF et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by John C. Ward and others, taxpayers of the Village of Waterloo, against John Kropf, as President of said village and others. No opinion. Judgment (120 N. Y. Supp. 476), so far as appealed from, affirmed, with costs.

WARD et al., Respondents, v. WARD et al., Appellants. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Charles M. Ward and others against Mary E. G. McK. Ward and others. W. G. Wilson, for appellants. H. M. Ward, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WARREN, Appellant, v. WARREN et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 4, 1911.)